FILED

APR 30 2008

U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **SUMMIT GARDENS ASSOCIATES, LIMITED PARTNERSHIP**<br>133 Franklin Corner Road<br>Lawrenceville, NJ 08648<br><br>Plaintiff,<br><br>vs.<br><br>**THE UNITED STATES OF AMERICA,**<br><br>Defendant. | CASE NO.<br>08-323 C<br><br>**NOTICE OF DIRECTLY RELATED CASES** |

Pursuant to the provisions in RCFC 40.2(a), Plaintiff, Summit Gardens Associates, Limited Partnership, hereby gives Notice of Directly Related Cases:

CASE NAME: Pennsauken Senior Towers Urban Renewal Associates, LLC, et al. v. The United States of America ("Pennsauken")

CASE NUMBER: 07-174C

This case is *directly related* to Pennsauken, which is consolidated with *Haddon Housing Associates v. The United States of America* ("Haddon Housing"). In Pennsauken, Haddon Housing and this case, the same issues are involved, namely HUD's breach of the contract rent adjustment provisions in its Housing Assistance Payments Contract ("HAP Contract"). This case also involves the same form of HAP Contract as Pennsauken and a similar form to Haddon Housing. In particular HUD has breached Section 1.8 of the HAP Contract at issue, which entitled the other contracting entity to annual adjustments in the amount of rent to be paid by HUD. The entitlement to the rent adjustments is the subject of the dispute in Pennsauken and Haddon Housing, as well as the Complaint herein filed.

In addition, plaintiffs in all three cases are represented by the same counsel.

In the interests of efficiency and for the sake of consistency in outcome, these cases should be assigned to Judge Lettow who is already familiar with the issues raised in both cases. Such an assignment will conserve judicial resources and promote an efficient determination of the actions.

Respectfully submitted,

Dated: April 29, 2008

Fred J. Livingstone (0009528)
Mark J. Valponi (0009527)
Majeed G. Makhlouf (0073853)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
(216) 241-2838 – Telephone
(216) 241-3707 – Fax

Attorneys for Plaintiff