ORIGINAL

FILED
APR 30 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **SUMMIT GARDENS ASSOCIATES, LIMITED PARTNERSHIP**<br>133 Franklin Corner Road<br>Lawrenceville, NJ 08648<br><br>Plaintiff,<br><br>vs.<br><br>**THE UNITED STATES OF AMERICA,**<br><br>Defendant. | CASE NO.<br>08-323 C<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to the Corporate Disclosure Statement provisions in RCFC 7.1: A non-governmental corporate party to an action or proceeding in this court must file two copies of a statement that identifies any parent corporation and any publicly held company that owns 10% or more of its stock or states that there is no such corporation. A party must file the statement upon its first appearance, pleading, petition, motion, response, or other request addressed to the court, and promptly file a supplemental statement upon any change in the information that the statement requires.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: Summit Gardens Associates, Limited Partnership

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

_____ **Yes** __X__ **No**

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

______________________________________________

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____ **Yes** __X__ **No**

If the answer is Yes, list below the identity of such corporation and the nature of the financial interest.

---

Respectfully submitted,

Dated: April 29, 2008

Fred J. Livingstone (0009528)
Mark J. Valponi (0009527)
Majeed G. Makhlouf (0073853)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
(216) 241-2838 – Telephone
(216) 241-3707 – Fax

Attorneys for Plaintiff