IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SUMMIT GARDENS ASSOCIATES, LIMITED PARTNERSHIP, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-323C (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including August 29, 2008, within which to file its answer or other responsive pleading that is currently due on June 30, 2008. This is defendant's first request for an enlargement of time for this purpose. Defendant has contacted plaintiff's counsel who has indicated that plaintiff does not oppose this request.

On June 3, 2008, this case was reassigned to the undersigned Department of Justice attorney, who was out of the office on military duty until June 16, 2008. He will be out again on June 19 and 20, 2008, on leave and from June 24 until July 7, 2008, for the purpose of taking depositions in Tampa, Florida in the case of Great Lakes v. United States, No. 07-218C (Fed. Cl.), and case-related travel to Germany in the matter of Securitas v. United States, No. 07-255C (Fed. Cl.). Upon his return to the office on July 7, 2008, he will have to respond to two summary judgment motions in the cases of Aliamanu Conservation Partners, Inc., v. United States, No. 07-134 (Fed. Cl.) and Southeast Restoration, Inc., v. United States, No. 07-884C (Fed. Cl.). In addition, Department of Justice counsel must appear at a hearing in West Palm Baech, Florida, in connection with the aforementioned Great Lakes case on July 21, 2008, and must travel to Las Vegas, Nevada, in July and Honolulu, Hawaii, in August in connection with the aforementioned

Aliamanu case.

Moreover, the contract that is subject to dispute is almost 30 years old and the subject matter is complex. Agency counsel requires additional information from field offices that bear directly on the issue of the amount of potential liability. This information could take several more weeks until complete. Upon receipt of the necessary calculations, both parties will need some time to evaluate the possibility of settling the case.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a 60-day enlargement of time within which to file its answer or other responsive pleading.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/Armando Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 307-3390
Fax: (202) 514-8624

June 18, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 18th day of June, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Armando Rodriguez-Feo