IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 08-323C

(Filed: June 20, 2008)

SUMMIT GARDENS ASSOCIATES, LIMITED PARTNERSHIP,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is defendant's motion for an enlargement of time of 60 days, to and including August 29, 2008, within which to file its answer or other response to plaintiff's complaint.

Good cause having been shown, the motion is GRANTED. Defendant shall have until August 29, 2008 to file its response.

s/ Charles F. Lettow
Judge