IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SUMMIT GARDENS ASSOCIATES, LP | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-323C |
| v. | ) | (Judge Lettow) |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER

For its answer to the complaint, defendant, admits, denies, and alleges as follows:

1. The allegations contained in the first sentence of paragraph 1 constitute plaintiff's characterization of its case to which no answer is required. Admits the allegations contained in the second sentence of paragraph 1 to the extent supported by the HAP Contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in the second sentence of paragraph 1. The allegations contained in the third sentence of paragraph 1 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

2. The allegations contained in paragraph 2 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

3. Admits.

4. Admits the allegation contained in the first sentence of paragraph 4. The allegation contained in the second sentence of paragraph 4 constitutes a conclusion of law to which no answer is required; to the extent it may be deemed an allegation of fact, it is denied.

5. Admits the allegation contained in the first sentence of paragraph 5. The allegations contained in the second sentence of paragraph 5 constitute plaintiff's characterization of "Exhibit A" to which no answer is required. The allegations contained in the third sentence of

paragraph 5 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

6. Admits the allegations contained in paragraph 6 to the extent supported by the HAP contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 6.

7. Admits the allegations contained in paragraph 7 to the extent supported by the HAP Contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 7.

8. Admits the allegations contained in paragraph 8 to the extent supported by the HAP Contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 8.

9. Admits.

10. Admits the allegations contained in paragraph 10 to the extent supported by the HAP Contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 10.

11. The allegation contained in paragraph 11 constitutes a conclusion of law to which no answer is required; to the extent it may be deemed an allegation of fact, it is denied.

12. Admits the allegation contained in paragraph 12 that Congress enacted amendments to the United States Housing Act; the remainder of the allegations contained in paragraph 12 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

13. Admits.

14. Admits the allegations contained in paragraph 14 to the extent supported by HUD notice cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 14.

15. Admits the allegations contained in paragraph 15 to the extent supported by HUD notice cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 15.

16. The allegations contained in paragraph 16 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

17. Defendant's responses to paragraphs 1 through 16 of the complaint are incorporated by reference.

18. Admits the allegations contained in paragraph 18 with the exception that the rent adjustments for anniversary year 2005 took effect on June 1, 2006 rather than July 1, 2006.

19. The allegations contained in paragraph 19 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

20. Denies.

21. The allegations contained in paragraph 21 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

22. The allegations contained in paragraph 22 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

23. Denies.

24. Defendant's responses to paragraphs 1 through 23 of the complaint are incorporated by reference.

25. The allegations contained in paragraph 25 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

26. Defendant's responses to paragraphs 1 through 25 of the complaint are incorporated by reference.

27. The allegation contained in the first sentence of paragraph 27 constitutes a conclusion of law to which no answer is required; to the extent it may be deemed an allegation of fact, it is denied. Denies the allegation contained in the second sentence of paragraph 27 that plaintiff is entitled to the relief requested.

28. Defendant's responses to paragraphs 1 through 27 of the complaint are incorporated by reference.

29. The allegations contained in paragraph 29 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

30. Defendant's responses to paragraphs 1 through 29 of the complaint are incorporated by reference.

31. The allegations contained in paragraph 31 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

32. Defendant's responses to paragraphs 1 through 31 of the complaint are incorporated by reference.

33. The allegations contained in paragraph 33 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

34. Defendant's responses to paragraphs 1 through 33 of the complaint are incorporated by reference.

35. The allegations contained in paragraph 35 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

36. Defendant's responses to paragraphs 1 through 35 of the complaint are incorporated by reference.

37. The allegations contained in paragraph 37 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

38. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 37, or to any relief whatsoever.

39. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant Defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tele: 202-307-3390
Fax: 202-514-8624
Attorneys for Defendant

Of Counsel:

AMBER RICHER
Office of General Counsel
Department of Housing and
Urban Development
451 7th St., S.W., Room 10258
Washington, D.C. 20410
Tele: 202-402-3241
Fax: 202-708-3351

August 28, 2008

CERTIFICATE OF FILING

I hereby certify that on this 28th day of August, 2008, a copy of the foregoing "DEFENDANT'S ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo